**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHARPS COMPLIANCE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-300 |
| | § | |
| UNITED PARCEL SERVICE, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING OPPOSED MOTION TO COMPEL MEDIATION**

Plaintiff, Sharps Compliance, Inc., filed a Motion to Order Mediation Before Trial (Docket Entry No. 71).  Because mediation that one side asserts is futile is, indeed, likely to be futile, the motion is denied.

SIGNED on October 22, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge