IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARPS COMPLIANCE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-300 |
| | § | |
| UNITED PARCEL SERVICE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Sharps Compliance, Inc. and United Parcel Service, Inc. previously informed the court that they have settled this case and that dismissal documents would be filed. Because no documents have been filed, a status conference is set for **January 14, 2013 at 2:30 p.m.** Out of town counsel may appear by phone if arrangements are made with Ms. Eddins, the case manager, in advance.

SIGNED on January 3, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge